United States District Court
Southern District of Texas
FILED

APR 24 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *versus* | § | Civil Action  B 03-073 |
| | § § | |
| Patricia Villasenor | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant is a resident of Cameron County, Texas, and may be served with process at P.O. Box 1245, La Feria, TX 78559. Defendant has agreed to a judgment, which is submitted to the court with this Complaint.

3. *The Debt.* The debt owed the United States is:

   A.   Principal:                                             $5,535.06

   B.   Current interest                                       $2,410.95

   C.   Administrative, fees, costs, penalties                 $0.00

   D.   Balance due as of April 22, 1999                       $7,946.01

   E.   Prejudgment interest accrues at 8.00% per annum, being $1.21 per day.

   F.   The current balance in 3A is after credits of $0.00

   G.   Attorney's fees of $2,600.00

   The certificate of indebtedness, attached as Exhibit A, shows the total owed, excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits had been applied.

4. *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer.* The United States prays for judgment for:

A. The sums in paragraph 3, plus prejudgment interest through the date of judgment, administrative costs, and post-judgment interest.

B. Attorney's fees; and

C. Other relief the court deems proper.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Patricia Guerra
AKA: Patricia Villasenor
606 W. McKinley Ave.
Harlingen, TX 78550-7655
SSN: 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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 04/22/99.

On or about 12/04/88 and 04/24/88 the borrower executed promissory note(s) to secure loan(s) $2500.00 and $2625.00 from The Chase Manhattan Bank, N.A. at 8 percent interest per annum. This loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/28/90, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $5535.06 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 09/19/97, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $5535.06 |
| Interest: | $2410.95 |
| Administrative/Collection Costs: | $ 0.00 |
| Late fees | $ 0.00 |
| Total debt as of 04/22/99: | $7946.01 |

Interest accrues on the principal shown here at the rate of $1.21 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 5/4/99      Name: Richard D. Teevs
                         Title    Loan Analyst
                         Branch Litigation

EXHIBIT A