United States District Court
Southern District of Texas
5-12- Entered
2003

Michael N. Milby
Clerk of Court

By: [signature]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| versus | § | Civil Action B-03-073 |
| | § | |
| Patricia Villasenor | § | |

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from Patricia Villasenor:

A.  $4,069.91, plus

B.  Prejudgment interest from April 22, 1999, at $1.21 per day until the date of judgment, plus

C.  Attorney's fees of $550.00, and all costs of court, plus

D.  Post-judgment interest at  1.25 % per annum.

Signed May 9, 2003.

_____
United States District Judge

AGREED:

_____         _____
Patricia Villasenor                    Attorney for the United States